## UNITED STATES BANKRUPTCY COURT
## EASTERN & WESTERN DISTRICT OF ARKANSAS

RE: JOE HUGHES                                                                      NO. 5:10-bk-18334

### NOTICE OF OPPORTUNITY TO OBJECT TO MODIFIED PLAN BEFORE CONFIRMATION

    You are hereby notified that the captioned debtor has filed the attached modification to the plan pursuant to 11 U.S.C. §1323 and Rule 3015 of the Federal Rules of Bankruptcy Procedure.  Objections to the plan as modified must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, AR 72201 in writing within 28 days from the date of this notice, with copies to the Counsel for the debtor and Jack W. Gooding, Trustee, P. O. Box 8202, Little Rock, Arkansas 72221-8202.

    If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice.  If no objections are received, the Plan as Modified may be confirmed without further notice or hearing.

                                              **DICKERSON LAW FIRM, P.A.**
                                              **PO BOX 8567**
                                              **PINE BLUFF, AR 71611-8567**
                                              **870-540-0016**
                                              **FAX 870-540-0056**

Date:  1/21/2011                                              /s/ April N. Kersten
                                                          **APRIL N. KERSTEN, BAR #2008-129**

### CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to:

| | |
|---|---|
| Jack W. Gooding, Trustee<br>P. O. Box 8202<br>Little Rock, AR  72221-8202 | Internal Revenue Service<br>Special Procedure<br>P.O. Box 7346<br>Philadelphia, PA 19101 |
| U.S. Attorney (Eastern District)<br>P. O. Box 1229<br>Little Rock, AR  72203 | U.S. Attorney (Western District)<br>P. O. Box 1524<br>Little Rock, AR  72203 |
| Legal Department<br>Employment Security Division<br>P. O. Box 2981<br>Little Rock, AR  72203 | |

and to all creditors whose names appear on the attached modification and/or creditor matrix:

                                                          /s/ April N. Kersten
                                                          **Dickerson Law Firm, P.A.**

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE: JOE HUGHES                                                                                    CASE NO: 5:10-bk-18334

---

**MODIFICATION OF CHAPTER 13 PLAN**

---

Comes now the Debtor by and through his attorneys, Dickerson Law Firm, P.A., and for his modification to the original or modified Chapter 13 plan state:

1. **PAYMENT TO THE TRUSTEE:**

    THE DEBTOR PROPOSES TO PAY $275.00 PER MONTH TO THE TRUSTEE.

    [Indicate how often the Debtor is paid by checking the appropriate box below:]
    ( ) Weekly;   ( ) Bi-Weekly;   ( ) Semi-Monthly;   (XX) Monthly or ( ) Other

2. **THE PLAN LENGTH** shall remain the same.

    A debtor must pay all disposable income into the plan for the benefit of unsecured creditors during the applicable commitment period (unless unsecured are being paid 100%) and the plan length shall not exceed 60 months. Length of Plan may be automatically extended by the Chapter 13 Trustee without further modification should such extension be necessary to adequately fund plan in order to carry out other provisions of the plan as set forth below.

3. **UNSECURED CREDITORS** are to be paid a pro rata dividend.

    **(SPECIAL NON-PRIORITY UNSECURED DEBTS REMAIN UNAFFECTED)**

4. **MODIFIED TREATMENT OF EXISTING CREDITORS**

    The following CHANGES are to be made to each creditor as set out below:

    | CREDITOR NAME | CHANGE IN TREATMENT\CLASSIFICATION |
    |---|---|
    | 1. GMAC Mortgage | The real property 169 Gill Loop, Dumas, AR 71639 shall be surrendered subject to the interest of the codebtor, Annette Taylor Hughes. |
    | 2. United States Treasury Claim # 2 | Originally scheduled as priority debt. This creditor shall be treated as general unsecured as creditor has files an Amended claim on 12/17/10. |
    | 3. Americredit Claim #1 | This creditor shall receive the value of the Toyota, $10,275.00 which shall be paid in full in monthly payments of $198.64 at 6% interest. Creditor shall receive $99.32 monthly as pre and past confirmation adequate protection until the initial kicker fee has |

        been paid at which time the creditor shall receive regular monthly payments.

5.    **UNSECURED CREDITORS** shall be paid at least as much as they would receive under **Chapter 7.**

6.    **ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED PLAN REMAIN THE SAME.**

        **Respectfully Submitted**

        **DICKERSON LAW FIRM, P.A.**
        **PO BOX 8567**
        **PINE BLUFF, ARKANSAS 71611-8567**
        **870-540-0016**

1/21/2011        /s/ April N. Kersten
DATE        **APRIL N. KERSTEN, BAR #2008-129**